**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IGNACIO FRANCO,                    ) | NO. CV 17-5965-E |
|  )  |  |
| Plaintiff,      ) |  |
|  )  |  |
| v.                                 ) | **JUDGMENT** |
|  )  |  |
| NANCY A. BERRYHILL, Deputy         ) |  |
| Commissioner for Operations,       ) |  |
| Social Security,                   ) |  |
|  )  |  |
| Defendant.      ) |  |
| _____) |  |

     IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

     DATED: June 8, 2018

                                               /s/
                                 CHARLES F. EICK
                    UNITED STATES MAGISTRATE JUDGE